THE VILLAGE OF ANGOLA, Appellant, *v.* LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

*Village of Angola* v. *L. S. & M. S. Ry. Co.*, 156 App. Div. 925, affirmed.

(Argued October 6, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1913, affirming a judgment granting plaintiff part of the relief sought entered upon a decision of the court on trial at Special Term in an action brought to obtain a judgment decreeing that certain lands situate within the village of Angola were a part of Commercial street within said village, and awarding to the plaintiff a permanent injunction restraining the defendant from entering thereon or in any way interfering with its use by the plaintiff as a public street.

*Eugene M. Bartlett* for appellant.

*Thomas D. Powell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.